UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRADLY A. REESE | CIVIL ACTION |
| VERSUS | NO. 24-1809 |
| ROYAL AUDIO/VIDEO SUPPLY CO., INC. D/B/A/ ROYAL PRODUCTIONS | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is plaintiff's motion for an extension of time to file an opposition to defendant's motion for summary judgment.[1] Plaintiff requests this extension due to the length and complexity of the defendant's motion and supporting pleadings.[2]

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted). Whether to grant or deny a continuance is within the

---

[1]   R. Doc. 23.
[2]   *Id.* at 1.

sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (internal quotation marks omitted)).

The Court finds that there is good cause to modify the scheduling order[3] as follows: plaintiff's response/opposition to defendant's motion for summary judgment is due no later than **September 12, 2025**; defendant's reply, if any, is due no later than **September 19, 2025**. The motion will be set for submission on **October 1, 2025**. No other deadlines in the scheduling order are reset.

New Orleans, Louisiana, this 29th day of August, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

3    R. Doc. 17.