UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRADLY A. REESE | CIVIL ACTION |
| VERSUS | NO. 24-1809 |
| ROYAL AUDIO/VIDEO SUPPLY CO., INC. D/B/A/ ROYAL PRODUCTIONS | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is plaintiff's second motion for an extension of time to file an opposition to defendant's motion for summary judgment.[1]

The Court finds that plaintiff has not demonstrated good cause to extend the deadline by 10 days. *See* Fed. R. Civ. P. 6(b)(1)(A). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S & W Enter., LLC. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned up). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

---

[1] R. Doc. 27.

This Court has already provided one extension, and the Court does not find that plaintiff's reasons for requesting the second extension constitute good cause to extend the deadline an additional 10-days. Plaintiff must file a response, if any, to defendant's motion for summary judgment by **September 17, 2025**. Defendant's reply, if any, is due no later than **September 24, 2025**. The motion will be set for submission on **October 1, 2025**. No other deadlines in the scheduling order are reset.

New Orleans, Louisiana, this __15th__ day of September, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE